In the Matter of the Claim of HARRY RUBIN, Respondent, against NEW IDEA FUR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award affirmed, except as to the period from February 28, 1933, to March 16, 1933, and as to that period the award is reversed and matter remitted, with costs against the State Industrial Board on the ground that the carrier was not afforded reasonable opportunity to produce its proof. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of ABRAHAM MATILSKY, Respondent, against CHARLES PICOULT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHRISTOPHER G. BOWES, Committee of JULIA OTIS, Incompetent Widow of JAMES OTIS, Deceased Employee, Respondent, against HOUSE OF PROVIDENCE, Respondent, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JAMES E. LANGLEY, Respondent, against W. E. HENNESSEY and Another, Appellants.* STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and McNamee, JJ., dissent and vote to affirm on the ground that both policies covered the accident in question.

In the Matter of the Claim of PASQUALE SCIACHITANO, Respondent, against SPENCER FORBES, INC., and Another, Appellants. STAE INDUSTRIAL BOARD, Respondent.† — Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents.

In the Matter of the Claim of FRANK LACKEY, Respondent, against BUFFALO CONSISTORY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

* Motion to dismiss appeal denied, 264 N. Y. 599.　　　† Revd., 264 N. Y. 324.